J. T. AYERS ET AL.

*vs.*

CHARLES H. AYERS ET AL.

*Partition Sale—False Report by Trustees—Hearing on Petition.*

A petition accusing trustees, who made a sale of property for purposes of partition, of falsely reporting the sale as at less than the true amount of the price obtained, should not be dismissed until the trustees have been given an opportunity to file an answer, and testimony has been offered according to the regular methods of proceeding in equity, and it is immaterial that petitioners were plaintiffs in the case, their interests being represented by an attorney who was one of the trustees charged with the fraud.

*Decided January 14, 1920.*

Appeal from the Circuit Court for Queen Anne's County, in Equity (HOPPER, J.).

The cause was argued before BOYD, C. J., BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE, and ADKINS, JJ.

*W. Ashbie Hawkins,* with whom were *Hawkins & McMechen* on the brief, for the appellants.

*Thomas J. Keating,* for the appellees, submitted the case on brief.

The decision was reversed in an opinion by URNER, J.